UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Russell Halford and Susan Halford,
Husband and Wife,

Plaintiffs,

vs.

Michael Patrick Riley and DWF, Inc.,
and/or DWF Mobile Home Service,
a foreign corporation,

Defendants.

Federal Court File No: 02-766 DSD/JMM

District Court File No.: ________________

**STIPULATION AND ORDER FOR REMAND**

---

**STIPULATION**

That plaintiffs and defendants are in agreement that an additional party by the name of James Russell Halford will be named as a defendant in the above-referenced action.

That the residency of James Russell Halford is in the State of Minnesota, thereby destroying diversity jurisdiction of the Federal Court. That attached hereto is a copy of plaintiff's Amended Complaint.

It is the parties request that the court execute the Order to Remand this matter to Washington County District Court.



FILED 5-30-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 5-30-02
DEPUTY CLERK ________

DATED: 5/21/02

HARPER & PETERSON, P.L.L.C.

By [signature]
WILLIAM D. HARPER #41385
Attorney for Plaintiff
6043 Hudson Road, Suite 370
Woodbury, MN 55125
(651) 738-8539

DATED: 5/23/02

MURNANE, CONLIN, WHITE & BRANDT
PROFESSIONAL ASSOCIATION

By: [signature]
Daniel A. Haws #193501
Stacy E. Cudd #0267181
Attorneys for Michael Patrick Riley and
DWF Mobile Home Service
1800 U.S. Bancorp, Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 227-9411

**ORDER**

Pursuant to stipulation of the parties, the court remands this matter to Washington County District Court for further proceedings.

5/30/02

[signature]
~~Magistrate~~ Judge ~~John M. Mason~~ U.S.D.C.

STATE OF MINNESOTA | DISTRICT COURT

COUNTY OF WASHINGTON | TENTH JUDICIAL DISTRICT
Case Type: Personal Injury

---

Russell Halford and Susan Halford,
Husband and Wife,

Plaintiffs,

vs.

Michael Patrick Riley and DWF, Inc.,
and/or DWF Mobile Home Service,
a foreign corporation,

Defendants.

Court File No: ______________________

**AMMENDED COMPLAINT**

---

On April 1, 2002, Plaintiffs Russell Halford and Susan Halford perfected service of a Summons and Complaint dated March 29, 2002 upon Defendants Michael Patrick Riley and DWF Mobile Home Service by providing to the Commissioner of Public Safety, State of Minnesota Department of Public Safety a copy of the Summons and Complaint with the appropriate fee;

That by stipulation of the parties, Plaintiffs herein amend said Complaint to add James Russell Halford as a named Defendant; and for their Ammended Complaint state and allege as follows:

XIV.

That paragraphs I through XIII of Plaintiff's original Complaint are herein incorporated by reference.

XV.

That at all times relevant and material herein, Defendant James Russell Halford resided at 8619 Wedgewood Lane No., in the City of Maple Grove, County of Hennepin, State of Minnesota;

XVI.

That on March 4, 2002, Plaintiffs Russell Halford and Susan Halford were passengers in the 1994 Dodge van driven by James Russell Halford when said van was struck in the rear by a Peterbuilt truck driven by Defendant Michael Patrick Riley and pushed into the rear of a Kenworth truck driven by a Michael Glen Sparby.

XVI.

That Defendants named in the original complaint allege facts that, if believed, create the potential that James Russell Halford was negligent in his driving conduct and as such the Plaintiffs are compelled herein to name James Russell Halford as a named Defendant for appropriate allocation and comparison of fault.

XVII.

That if Defendant James Russel Halford drove negligently, as a direct and proximate result of any such negligence Plaintiff Russell Halford sustained causally related injuries to his mind and body, some of which injuries are permanent, have caused, and will in the future cause Plaintiff to suffer mental and physical pain, suffering, mental distress, embarrassment, disfigurement and disability; that Plaintiff has incurred, and will in the future incur medical expenses, the exact amount of which cannot be fully ascertained at this time; that Plaintiff has been, and in the future will be, deprived of his ability to care for himself and perform his normal household and personal duties; all to Plaintiff's damage in a reasonable amount in excess of Fifty Thousand and no/100 ($50,000.00) Dollars.

XVIII.

That Plaintiff Russell Halford sustained injuries to his mind and body, some of which injuries are permanent, have caused, and will in the future cause Plaintiff to suffer mental and physical pain, suffering, mental distress, embarrassment, disfigurement and disability; that Plaintiff has incurred, and will in the future incur medical expenses, the exact amount of which cannot be fully ascertained at this time; that Plaintiff has been, and in the future will be, deprived of his ability to care for himself and perform his normal household and personal duties; that Plaintiff Russell Halford has lost the care, comfort and consortium of his lawful wife Susan Halford as a result of injuries sustained by her in the subject collision; all to Plaintiff's damage in a reasonable amount in excess of Fifty Thousand and no/100 ($50,000.00) Dollars.

XIX.

That as a direct and proximate result of Defendant James Russell Halford's negligence, if any, Plaintiff Susan Halford sustained injuries to her mind and body, some of which injuries are permanent, have caused, and will in the future cause Plaintiff to suffer mental and physical pain, suffering, mental distress, embarrassment, disfigurement and disability; that Plaintiff has incurred, and will in the future incur medical expenses, the exact amount of which cannot be fully ascertained at this time; that Plaintiff has been, and in the future will be, deprived of her ability to care for herself and perform her normal household and personal duties; that Plaintiff Susan Halford has lost the care, comfort and consortium of her lawful husband Russell Halford as a result of injuries sustained by him in the subject collision; all to Plaintiff's damage in a reasonable amount in excess of Fifty Thousand and no/100 ($50,000.00) Dollars

WHEREFORE, Plaintiffs pray for judgment against the Defendants, and each of them jointly and severally, for a reasonable amount in excess of Fifty Thousand and no/100 ($50,000.00) Dollars, together with their costs, disbursements, interest, and for such further relief as the Court deems just and equitable.

Dated: 5/21/02

HARPER & PETERSON, P.L.L.C.

By______________________

William D. Harper #41385
Attorney for Plaintiffs
6043 Hudson Road, Suite 370
Woodbury, MN 55125
Phone: (651) 738-8539

**ACKNOWLEDGMENT**

The undersigned hereby acknowledges that costs, disbursements and reasonable attorney and witness fees may be awarded pursuant to Minn. Stat. §549.21, Subd. 2, to the party against whom the allegations in this pleading are asserted.

Dated: 5/21/02

HARPER & PETERSON, P.L.L.C.

By______________________

William D. Harper #41385
Attorney for Plaintiffs
6043 Hudson Road, Suite 370
Woodbury, MN 55125
Phone: (651) 738-8539